UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61976-CIV-DIMITROULEAS

ENRIQUE MADRINAN,

    Plaintiff,

vs.

ART DECO 1924, INC., a Florida for profit Corporation, RED THAI & SUSHI RESTAURANT, INC., a Florida for profit Corporation,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Pursuant to Federal Rule of Civil Procedure 41(b), a district court also may dismiss a complaint for failure to comply with a court order or the federal rules. *See id.*

On September 18, 2015, Plaintiff filed a Complaint alleging violations by Defendants of the American with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181 *et seq*. On September 21, 2015, the Court ordered Plaintiff to file a certificate of counsel regarding prior ADA cases by September 28, 2015. *See* [DE 5]. The deadline has passed, and Plaintiff did not make the required filing.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall comply with the

1

Court's prior order [DE 5] on or before October 5, 2015. Failure to comply will result in the Court dismissing this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of September 2015.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record